**Ralph C. Spooner, OSB No. 732880**
E-mail:  rspooner@smapc.com
**David E. Smith, OSB No. 124591**
E-mail:  dsmith@smapc.com
SPOONER & MUCH, P.C.
530 Center Street N.E., Suite 712
Salem, OR 97301
Phone: 503-378-7777
Fax:     503-588-5899
Of Attorneys for Defendant State Farm
Fire and Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JANELL HIBBS,

    Plaintiff,

vs.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

Case No. 6:22-cv-00532-MK

**ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT OF DISMISSAL**

THIS MATTER came on before the court on the Stipulation of the attorneys for the plaintiff and defendant, and the court being advised that the matter has been fully settled and compromised and the parties are requesting that the Clerk of this Court or Deputy Clerk enter Judgment dismissing the case with prejudice and without costs, disbursements, interest or attorney fees being allowed to any party.

IT IS SO ORDERED.

DATED this 15th day of June 2023.

    s/ Mustafa T. Kasubhai
    MUSTAFA T. KASUBHAI (He/Him)
    United States Magistrate Judge

Page 1 –ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT OF DISMISSAL